```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
    ALTA PARTNERS, LLC,

                          Plaintiff,           1:23-cv-7974-GHW

          -against-                      ORDER

    SUNCAR TECHNOLOGY GROUP, INC.,

                          Defendant.
------------------------------------------------------------------------ X

GREGORY H. WOODS, District Judge:

      As stated on the record during the teleconference held on August 21, 2024, Defendant's August 9, 2024 request for leave to file a Fed. R. Civ. P. 12(c) motion for judgment on the pleadings as to Counts I, III, IV, and V of the complaint, Dkt. No. 28, is granted. The deadline for Defendant to file and serve its motion for judgment on the pleadings is September 4, 2024. Plaintiff's opposition is due within twenty-one days after service of Defendant's motion. Defendant's reply, if any, is due within seven days after service of Plaintiff's opposition.

      SO ORDERED.

Dated: August 22, 2024
New York, New York

                                                    GREGORY H. WOODS
                                               United States District Judge