USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                                                                      :
ALTA PARTNERS, LLC,                    :
                                                                      :
                          Plaintiff,   :            1:23-cv-7974-GHW
                                                                        :
                -v-                       :            <u>ORDER</u>
                                                                        :
SUNCAR TECHNOLOGY GROUP, INC.,  :
                                                                        :
                       Defendant.  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On September 20, 2024, Defendant filed a motion to dismiss the Amended Complaint for failure to state a claim, pursuant to Fed. R. Civ. P. 12(b)(6). Dkt. No. 41. Defendant filed a memorandum of law and supporting submissions the same day. Dkt. Nos. 42, 43. Plaintiff filed its opposition and supporting submissions on October 11, 2024. Dkt. Nos. 44, 45. Defendant filed a reply and supporting submissions on October 18, 2024. Dkt. Nos. 46, 47. On November 12, 2024 and November 14, 2024, Plaintiff filed notices of supplemental authority. Dkt. Nos. 48, 49. On November 14, 2024, Defendant filed a response to Plaintiff's first notice of supplemental authority. Dkt. No. 50.

      The Court has reviewed the parties' submissions and will hold oral argument on Defendant's motion to dismiss on February 21, 2025 at 2:00 p.m. The Court expects the parties to prepare to discuss the appropriate rule of decision that lower courts should follow when an SEC filing is ambiguous as to whether or not it effectively registered a particular security. The conference will be conducted by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains

the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

    SO ORDERED.

Dated: February 7, 2025
       New York, New York

_____
GREGORY H. WOODS
United States District Judge

2