```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
ALTA PARTNERS, LLC,                                            :
                                                               :
                              Plaintiff,                       :   1:23-cv-7974-GHW
                                                               :
                -v-                                            :   ORDER
                                                               :
SUNCAR TECHNOLOGY GROUP, INC.,                                 :
                                                               :
                              Defendant.                       :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

For the reasons stated during the conference held on the record on April 2, 2025, Plaintiff's motion to compel production, Dkt. No. 63, is denied without an award of fees. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 63.

SO ORDERED.

Dated: April 3, 2025

_____
GREGORY H. WOODS
United States District Judge