```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
        :
ALTA PARTNERS, LLC,        :
        :
              Plaintiff,    :    1:23-cv-7974-GHW
        :
            -v-    :    ORDER
        :
SUNCAR TECHNOLOGY GROUP, INC.,    :
        :
              Defendant.   :
        :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      As stated on the record during the telephone conference held on September 25, 2025, Defendant's motion for summary judgment and *Daubert* motions are due by October 16, 2025; Plaintiff's oppositions are due five weeks after the date of service of Defendant's motions; and Defendant's replies, if any, are due four weeks after the date of service of Plaintiff's opposition.

      As also stated on the record, Plaintiff's deadline to file its *Daubert* motion is deferred until the filing of any motions *in limine*.

      SO ORDERED.

Dated: September 25, 2025
New York, New York
                                              _____
                                              GREGORY H. WOODS
                                              United States District Judge