MORROW NI / LLP
Seattle | New York | Los Angeles
www.moni.law
Complex Disputes

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/2026

October 14, 2026

**VIA E-FILING**

MEMORANDUM ENDORSED

The Honorable Gregory H. Woods, USDJ
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Alta Partners, LLC v. SunCar Technology Group, Inc.*, No. 23-cv-7974 (GHW) — Request to Extend Pretrial Submission Filing Deadline and Adjourn Final Pre-Trial Conference

Dear Judge Woods:

SunCar respectfully writes with Alta's consent to seek: (i) a two-week extension to the parties' Rule 5 deadline to file joint pretrial submissions from October 23, 2026 to November 6; (ii) for the deadline to Alta to file the reply to its *Daubert* motion to be extended to October 30, 2026 from the present October 23, 2026; and (iii) an adjournment of the December 18 final pretrial conference to any of December 22, 23, 30, 2026, or January 5 or 6, 2027.

***Pretrial submissions under Rule 5 of the Court's Individual Civil Rules.*** The original default deadline, keyed-off of the summary judgment ruling date, was June 23, 2026. The parties sought one prior extension in their June 9 letter (ECF No. 115). The current deadline is October 23, with trial scheduled to start on January 25, 2027. The parties have been working diligently and cooperatively to complete these submissions. Alta's counsel provided drafts of the required joint pretrial submissions to SunCar's counsel on September 25, 2026. However, SunCar's counsel's schedule, including the opposition to the motion to exclude expert testimony in this case due this Friday, an oral argument also this Friday, as well as additional briefs due next week in other cases, has made it difficult for SunCar to turn drafts of these filings with sufficient time for Alta to review. To accommodate the proposed revised schedule, SunCar's counsel has agreed to provide drafts of the required filings to Alta's counsel no later than October 23, 2026 to allow Alta sufficient time to review.

SunCar therefore respectfully requests two additional weeks to complete the filings required by this Court's order dated June 11, 2026 (ECF No. 116) and Rule 5 of the Court's Individual Rules of Practice, and has conferred with counsel for Alta, who kindly consented to a November 6 filing date. With that date, oppositions to motions in limine would be due on November 13, and replies on November 17 under the Court's Individual Civil Rule 5(B)(i).

***Daubert motion.*** To accommodate Alta's counsel's schedule, the parties also request an additional week for Alta to file its reply on its *Daubert* motion through and including October 30, 2026. There has been no prior extension request for this motion.

***The Final pretrial conference*** is currently scheduled for December 18, 2026. No prior adjournment has been requested. The reason for the requested adjournment is that SunCar's

counsel has an in-person arbitration hearing in San Francisco the week of December 14, expected to last through December 18. The parties have conferred and are both available December 22, 23, or 30, 2026, or January 5 or 6, 2027.

Respectfully Submitted,

MORROW NI LLP

By: ______________________

Angus F. Ni
41 Madison Ave, 31st Floor,
New York, NY 10010
Phone: (773) 543-3223
angus@moni.law

*Attorneys for Defendant SunCar Technology Group Inc.*

cc:
Gregory Bruno (gbruno@daypitney.com)
Matthew Letten (mletten@daypitney.com

Application granted. The deadline for the parties to submit the joint pretrial submissions described in the Court's June 11, 2026 order, Dkt. No. 116, is extended to November 6, 2026. Any opposition to a motion *in limine* must be filed no later than seven days following the date of service of any such motion, and a reply, if any, must be filed no later than four days following the date of service of any opposition. The deadline for Plaintiff Alta Partners, LLC to file its reply to any opposition to Plaintiff's motion to preclude expert testimony, Dkt. No. 117, is extended to October 30, 2026. The final pretrial conference previously scheduled for December 18, 2026 is adjourned to January 5, 2027 at 10:00 a.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 120.

Dated: October 15, 2026
New York, New York

GREGORY H. WOODS
United States District Judge